# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Marc S. Antonucci, | : | |
| Debtor. | : | Bankruptcy No. 16-16702-MDC |
| | | |
| Provident Bank, | : | |
| Plaintiff, | : | |
| v. | : | Adversary No. 16-00447-MDC |
| Marc S. Antonucci, | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, upon consideration of (i) the Nondischargeability Action[1], and (ii) the Lien Avoidance Motion, and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. Judgment is entered in favor of Provident in the Nondischargeability Action.

2. The Debtor is denied a discharge pursuant to 11 U.S.C. §727(a)(2).

3. The Court shall hold a status hearing on the Lien Avoidance Motion with respect to the remaining issues for disposition, as set forth in the Memorandum, on **September 4, 2019 at 10:30 a.m.** in **Bankruptcy Courtroom No. 2, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania**.

Dated: July 25, 2019

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used herein but not defined shall have the meaning given to them in the Court's accompanying Memorandum.

Prince A. Thomas, Esquire
Fox Rothschild, LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103

Jon M. Adelstein, Esquire
Adelstein & Kaliner, LLC
350 S. Main Street, Suite 105
Doylestown, PA 18901

Robert H. Holber, Esquire
Robert H. Holber PC
41 East Front Street
Media, PA 19063

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912